# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NNPT, LLC <br><br> Plaintiff, <br><br> vs. <br><br> HUAWEI INVESTMENT & HOLDING CO., LTD. ET. AL. <br><br> Defendants. | C.A. No. 2:14−cv−00677 <br><br><br> JURY TRIAL REQUESTED |

## DEFENDANT HUAWEI TECHNOLOGIES CO., LTD.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Huawei Technologies Co., Ltd. states that it is a wholly owned subsidiary of Huawei Investment & Holding Co., Ltd. and that no publicly held company owns 10% or more of defendant's stock.

Dated: September 8, 2014

Respectfully submitted,

*/s/ K.D. Shull*
K.D. Shull
Texas Bar No. 24033067
Huawei Technologies USA Inc.
5700 Tennyson Parkway, Suite 500
Plano, TX 75024
Telephone: 214-919-6001
E-mail: kd.shull@huawei.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 8th day of September, 2014.

*/s/ K.D. Shull*
K.D. Shull