# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NNPT, LLC | § § § § | |
| Plaintiff, | § § | C.A. No. 2:14−cv−00677 |
| vs. | § § | |
| HUAWEI INVESTMENT & HOLDING CO., LTD. ET. AL. | § § § | JURY TRIAL REQUESTED |
| Defendants. | § § § | |

## DEFENDANT HUAWEI DEVICE USA INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Huawei Device USA Inc. states that it is a wholly-owned subsidiary of Huawei Technologies Coöperatief U.A. and that no publicly held company owns 10% or more of its stock.

Dated: September 8, 2014                Respectfully submitted,

*/s/ K.D. Shull*
K.D. Shull
Texas Bar No. 24033067
Huawei Technologies USA Inc.
5700 Tennyson Parkway, Suite 500
Plano, TX 75024
Telephone: 214-919-6001
E-mail: kd.shull@huawei.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 8th day of September, 2014.

*/s/ K.D. Shull*
K.D. Shull