**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NNPT, LLC | § § § § | C.A. No. 2:14−cv−00677 |
| Plaintiff, | § § | |
| vs. | § § § | |
| HUAWEI INVESTMENT & HOLDING CO., LTD. ET. AL. | § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § § | |

## DEFENDANT HUAWEI TECHNOLOGIES COOPERATIF U.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Huawei

Technologies Cooperatif U.A. states that its parents are Huawei Technologies Co., Ltd. and Hua

Ying Management Co., Ltd. and that no publicly held company owns 10% or more of its stock.


Dated:  September 8, 2014                       Respectfully submitted,

                                                /s/ K.D. Shull
                                                 K.D. Shull
                                                 Texas Bar No. 24033067
                                                 Huawei Technologies USA Inc.
                                                 5700 Tennyson Parkway, Suite 500
                                                 Plano, TX 75024
                                                 Telephone: 214-919-6001
                                                 E-mail: kd.shull@huawei.com

                                                **ATTORNEY FOR DEFENDANTS**


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 8th day of September, 2014.


                                                /s/ K.D. Shull
                                                K.D. Shull